

FILED
APR 22 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the search of:<br><br>5816 RICH HILL DR,<br>ORANGEVALE, CALIFORNIA | CASE NO. 2:11-SW-00178-EFB<br><br>ORDER TO UNSEAL CASE AND SEARCH WARRANT DOCUMENTS |

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:11-sw-00178-EFB be unsealed and made part of the public record.

Dated: April 21, 2014

THE HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge